**MICHELE A. McKENZIE** (SBN 209657)
**TIMOTHY A. SCOTT** (SBN 215074)
**NICOLAS O. JIMENEZ** (SBN 295057)
MCKENZIE SCOTT PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Tel: (619) 794-0451
Fax: (619) 202-7461
mmckenzie@mckenziescott.com
tscott@mckenziescott.com
njimenez@mckenziescott.com

*Attorneys for* William J. Dorsett

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. DORSETT,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SAN DIEGO,<br><br>        Defendant. | Case No.: 24-cv-01172-BTM-SBC<br><br>Hon. Barry Ted Moskowitz<br>U.S. District Court Judge<br><br>JOINT MOTION TO DISMISS CASE WITH PREJUDICE |

1
JOINT MOTION TO DISMISS CASE WITH PREJUDICE

The parties, Plaintiff William J. Dorsett and Defendant City of San Diego, by and through their undersigned counsel of record, respectfully move this Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action in its entirety, with prejudice. Each side shall bear their own attorneys' fees and costs.

DATED: May 13, 2026  *s/Michele Akemi McKenzie*
MICHELE AKEMI MCKENZIE
TIMOTHY A. SCOTT
**MCKENZIE SCOTT PC**
*Attorneys for William J. Dorsett*
Email:
mmckenzie@mckenziescott.com
tscott@mckenziescott.com

DATED: May 13, 2026  *s/ Manuel Arambula*
MANUEL ARAMBULA
**OFFICE OF THE CITY ATTORNEY,
CITY OF SAN DIEGO**
*Attorneys for City of San Diego*
Email:
MArambula@sandiego.gov

2
JOINT MOTION TO DISMISS CASE WITH PREJUDICE

**CERTIFICATION**

I, Michele Akemi McKenzie, hereby certify that the contents of this document are acceptable to all persons required to sign.

DATE: May 13, 2026      McKENZIE SCOTT PC


By:   *s/ Michele A. McKenzie*
       MICHELE A. MCKENZIE
       TIMOTHY A. SCOTT
       mmckenzie@mckenziescott.com
       *Attorneys for William J. Dorsett*

3

JOINT MOTION TO DISMISS CASE WITH PREJUDICE